**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MONICA HUJAZI,                          )        NO. CV 11-2369-ODW(E)
                                         )
              Petitioner,           )
                                         )
   v.                                 )        ORDER ADOPTING FINDINGS,
                                         )
SUPERIOR COURT OF CALIFORNIA, )        CONCLUSIONS AND RECOMMENDATIONS OF
COUNTY OF LOS ANGELES,          )
                                         )        UNITED STATES MAGISTRATE JUDGE
                                         )
              Respondent.           )
_____)

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  The Court approves and adopts the Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that Judgment be entered denying and dismissing the Petition without prejudice.

///

///

///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order,

2  the Magistrate Judge's Report and Recommendation and the Judgment

3  herein on counsel for Petitioner and for Respondent.

4

5    LET JUDGMENT BE ENTERED ACCORDINGLY.

6

7      DATED: October 18, 2011

8

9

10    _____

11      OTIS D. WRIGHT II
       UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28