**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MONICA HUJAZI, | ) | NO. CV 11-2369-ODW(E) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, | ) ) ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: October 18, 2011

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE